■ KAREN RESTEY, Plaintiff, v VICTORY MARKETS, INC., Defendant and Third-Party Plaintiff-Respondent. NABISCO, INC., Third-Party Defendant-Appellant. (Appeal No. 2.)—Order unanimously affirmed without costs. Same memorandum as in *Restey v Victory Mkts.* ([appeal No. 1] 127 AD2d 987 [decided herewith]). (Appeal from order of Supreme Court, Cayuga County, Contiguglia, J.—dismiss third-party complaint.) Present—Dillon, P. J., Callahan, Green, Balio and Davis, JJ.